# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF __New York__

(Full name of plaintiff(s))

__Valerie L. Flores__

vs

(Full name of defendant(s))

__Amanda Meigs__
__Rickie P Williams/ (possible additional defendant)__
__may go by Rickie Matthew's possibly__

Case Number:

1:23-cv-979 (GTS/DJS)

(to be supplied by clerk of court)

[FILED stamp: U.S. DISTRICT COURT, AUG 11, AT ___ O'CLOCK, John M. Domurad]

A. PARTIES

1. Plaintiff is a citizen of __New York__ (State) and resides at __P.O. Box 1110 (ACP 5749), Albany, NY 12201__ (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Amanda Meigs & Rickie P Williams (Matthews)__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin (?)__
(State, if known)

and (if a person) resides at __Unknown__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __American Family Insurance (Amanda Meigs)__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Amanda Meigs contacted me in 2015 on Facebook about a TV stand I was selling. She said either she or her husband would meet me at Mounds Pet Food Warehouse in Middleton, WI. No one ever showed up & she was sending messages at first it would be her & then her husband while juggling kids sports activities. I came back after waiting 20 minutes over the meeting time to find that Amanda Meigs

had badmouthed me on 3 different buy & sell pages in the local Madison, WI area where between all 3 of them there were 6,000 people on them that saw her wrongful demation. I took screenshots of our private conversations & posted them on all 3 pages to warn people that she was just stirring up trouble, but since 2015 I have had a hard time selling my belongings as I have been trying to drastically downsize by selling toys my child has outgrown & furniture that I wanted to sell. I have taken huge economic losses on my items selling them at 3 different consignment shops in Wisconsin. One was an antique shop that I really felt ripped off there. That woman more or less gave me $145 for a carload of things such as lamps, multiple pieces of artwork valued over $100 for each piece (big pieces) →

I felt more or less robbed. I sold my kitchen table for $100 when I paid $400 for it. While I appreciate that these businesses have helped me either consign or do a buyout I felt more or less robbed because of what they have sold for vs. what they are valued at. I feel Amanda Meigs should be paying me the differences on the economic losses I have taken since 2015 on these items. I feel had she not defamed/slandered me I could have sold all of my things alot closer to what they were valued at looking at other prices online for the same item. Amanda Meigs also moved into my complex after her aggravated harrassment in 2015. so that could be stalking & then I saw what looked like her walking through my parking lot when I lived at Stonehouse Development in Nov. 2021 shortly before I moved out. She would have been on SD & target Hilldale cameras

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 75,000 .

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like an injunction against Amanda Meigs and/or Rickie P Williams (including his family members CJ Williams, Patricia Williams, etc.) or whoever was making these slanderous statements from her Facebook profile. I have had numerous problems of fair housing discrimination, harrassment, malicious behavior towards me that I think is a combination of Amanda Meigs and/or Rickie P Williams slanderous post on Facebook in 2015 & my termination from the University of Wisconsin-Madison in 2014.

Attachment One (Complaint) – 4

E.   JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
            OR
☑ Court Trial – I want a judge to hear my case

Dated this 7th day of August 20 23.

Respectfully Submitted,

_Valerie L. Flores_
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

P.O. Box 1110 (ACP 5749)
Albany, NY 12201
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.